EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación de la Compiladora y Publicista de Jurisprudencia del Tribunal Supremo | 2014 TSPR 130<br><br>191 DPR ____ |

Número del Caso: EN-2014-4

Fecha: 3 de noviembre de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


DESIGNACIÓN DE LA COMPILADORA
Y PUBLICISTA DE JURISPRUDENCIA
DEL TRIBUNAL SUPREMO                 EN-2014-04



                      RESOLUCIÓN

En San Juan, Puerto Rico, 3 de noviembre de 2014

     El   Tribunal   Supremo   designa   a   la
Lcda. Heidi Claudio Rosario como Compiladora y
Publicista  del  Tribunal  Supremo,  efectivo
inmediatamente. La  licenciada Claudio Rosario
desempeñará  sus  funciones  a  tenor  con  las
disposiciones que  regulan el funcionamiento de
la Oficina de la Compiladora y Publicista.

     Publíquese.

     Lo  acordó  el  Tribunal  y  certifica  la
Secretaria  del  Tribunal  Supremo.  La  Juez
Asociada  señora  Rodríguez  Rodríguez  no
intervino.



                      Aida I. Oquendo Graulau
                      Secretaria del Tribunal